HELEN R. KAHN v. JOAN A. KAHN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOHN C. WAIT v. CROTCH ISLAND GRANITE COMPANY.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

AMERICAN SYNTHETIC COLOR COMPANY v. FRANCO-AMERICAN CHEMICAL COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

PHILIPP BROTHERS, INC., v. GENERAL PLATERS SUPPLY COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JAMES J. E. BURKE v. UNION PACIFIC RAILROAD COMPANY.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of MARY S. BIERSTADT, Deceased.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of WALLACE AVENUE, etc.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of MILO R. MALTBIE, Chamberlain, etc.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of MILO R. MALTBIE, Chamberlain, etc.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CLARENCE W. GIESEN v. MAURICE W. METZLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HUGH J. REILLY v. FRANK STEINHART.— Motion for leave to appeal granted; motion for a stay denied. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EAST RIVER GAS COMPANY, etc., v. LAWSON PURDY and Others, as Commissioners, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EDITH L. SASSE v. ORDER OF UNITED COMMERCIAL TRAVELERS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of WEST ONE HUNDRED AND FIFTY-FIRST STREET, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THADDEUS DAVIDS COMPANY v. THE HOFFMAN-LAROCHE CHEMICAL WORKS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LORD ELECTRIC COMPANY v. BARBER ASPHALT PAVING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HENRY L. HUNTER, INC., v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Motion for leave to appeal granted. Motion for reargument denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.